UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Denise Ileene Damrow #100538

Case No. 16-mc-80136-JD

**ORDER OF SUSPENSION**

Because Denise Ileene Damrow has failed to respond to the Order to Show Cause, Ms. Damrow's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: August 8, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Denise Ileene Damrow #100538 | Case No.  16-mc-80136-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/8/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Denise Ileene Damrow
PO Box 92483
Long Beach, CA 90809

Dated: 8/8/2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato